FILE COPY



BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

October 22, 2015

Destany Jenee Liles
TDCJ-ID#02004913
San Saba Unit
206 South Wallace Creek Road
San Saba, TX 76877

**RE:** Case Numbers: 07-15-00199-CR, 07-15-00200-CR
Trial Court Case Numbers: 20,498-C, 24,698-C
**Style:** Destany Jenee Liles v. The State of Texas

Dear Ms. Liles:

On Wednesday, October 21, 2015, your appellate attorney filed an *Anders* brief and a motion to withdraw from representation on your appeal. *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967). Documents on file indicate that you have been provided with a copy of the *Anders* brief and motion, as well as a copy of the reporter's and clerk's records. *See Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014).

Because your attorney has filed an *Anders* brief saying the attorney believes the trial court's judgments must be affirmed, the law requires the Court to review the record of your cases to see whether it agrees with your attorney's evaluation of your cases, or finds an issue requiring additional appellate briefing. If the Court identifies an issue that arguably has merit, it will return the case to the trial court to determine whether you may be entitled to appointment of new counsel.

You are not required to file a response to the *Anders* brief. You have the opportunity, however, to file a response to point out to the Court any issues, claims of error, or concerns you have about your cases. The Court will consider your response, if any, along with the *Anders* brief in its review of the record. By Order of the Court, if you choose to file a response, you have until **Monday, November 23, 2015**.

Very truly yours,

*Vivian Long*
VIVIAN LONG, CLERK

xc: James L. Abbott, Jr. (DELIVERED VIA E-MAIL)
James A. Farren (DELIVERED VIA E-MAIL)